UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GARCIA S.G., | No. 2:23-cv-00506-DAD-AC (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| MARLIN GARCIA, | |
| Defendant. | (Doc. No. 3) |

Plaintiff Stephen Garcia S.G., proceeding *pro se* and *in forma pauperis*, initiated this civil action on March 16, 2023. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 24, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed because "the complaint consists entirely of fanciful and delusional allegations with no basis on law and no plausible supporting facts," and thus plaintiff fails to state a cognizable claim for relief. (Doc. No. 3 at 3.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days of service. (*Id.* at 4.) No objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

1

court concludes that the findings and recommendations are supported by the record and proper analysis.

    Accordingly:

1. The findings and recommendations issued on April 24, 2023 (Doc. No. 3) are adopted in full;
2. This action is dismissed as frivolous and due to plaintiff's failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 15, 2023**

    /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

2